GEORGE S. AZADIAN, CA BAR NO. 253342
EDRIK MEHRABI, CA BAR NO. 299120
AZADIAN LAW GROUP, P.C.
790 E. Colorado Blvd., 9th Floor
Pasadena, CA  91101
George@azadianlawgroup.com
Telephone:  626.449.4944
Facsimile:   626.628.1722

Attorneys for Plaintiff
DAVID VALKO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VALKO, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEON NON-BARGAINING RETIRMENT PLAN; KELLY B. LAPPIN RAYTHEON; and RAYTHEON COMPANY,<br><br>　　　　Defendants. | Case No. 2:18-cv-1230<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Complaint Filed: February 14, 2018<br>Trial Date:　　　None Set |

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff David Valko ("Plaintiff") hereby dismisses the action in its entirety with prejudice to the refiling of Plaintiff's claims against Defendants Raytheon Non-Bargaining Plan, Kelly B. Lappin Raytheon Company, and Raytheon Company.

Respectfully submitted

DATED: April 20, 2018             AZADIAN LAW GROUP, P.C.


By: /s/ George Azadian
      George Azadian

Attorney for Plaintiff
DAVID VALKO

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**